# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RL CLARK, LLC,**

    **Plaintiff,**

  v.                                 **Civil Action 2:24-cv-04085**
                                           **Judge James L. Graham**
                                           **Magistrate Judge Chelsey M. Vascura**

**RICE DRILLING D LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion for Leave to File Exhibit Under Seal (ECF No. 8). Therein, Defendants represent that the oil and gas lease between Plaintiff RL Clark, LLC, and Defendant Rice Drilling D LLC contains confidential terms including bonus payment amounts that are not publicly known.

Based on these representations, the undersigned concludes that the exhibit in question contains sensitive and confidential information that should be shielded from public access. Accordingly, Defendants' motion (ECF No. 8) is **GRANTED**.

    **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE